IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CHRISTOPHER MATTHEW MILES,**

    **Plaintiff,**

v.                                                   Case No. 4:24-cv-21-AW-MAF

**LEON COUNTY SHERIFF'S
DEPARTMENT, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

    Christopher Matthew Miles, a pro se plaintiff housed in the Florida Hospital, sued Leon County's jail, courts, and Sheriff's office. ECF No. 7. He paid the filing fee, but his complaint is nonetheless subject to screening under the PLRA. 28 U.S.C. § 1915A. As the magistrate judge notes, the First Amended Complaint is a shotgun pleading and it does not state a claim because there is no vicarious liability under § 1983 and there are no allegations sufficient to show *Monell* liability.

    Having considered de novo Miles's objections (ECF Nos. 11, 13), I now adopt the report and recommendation (ECF No. 8) and the supplemental report and recommendation (ECF No. 10). The clerk will enter judgment that says, "This case is dismissed." The clerk will then close the file.[1]

---

[1] Based on Miles's filing, it does not appear he is civilly detained but instead is facing criminal prosecution. But even if Miles were not a "prisoner" for purposes

1

SO ORDERED on May 6, 2024.

                                                  s/ *Allen Winsor*
                                                  United States District Judge

---

of the PLRA, I would dismiss based on the court's inherent authority to manage its docket and not based on § 1915A. Miles was provided notice regarding the deficiencies in his filings, and he did not correct them. Under these circumstances, dismissal is appropriate whether Miles were a prisoner or not.